FILED
APR - 8 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

STYLE OF CASE: EQT GATHERING, LLC v. THE TRAVELERS INDEMNITY COMPANY, et al.
In the U.S. District Court for the Southern District of WV
CA No. 2:18-CV-392

## AMENDED REPORT OF MEDIATOR

A Settlement Conference was held in the above-captioned matter on March 19, 2019 in Pittsburgh, PA. As a result of this conference:

1. __X__  This case was settled.

2. _____  Additional mediation will take place in this case during the next several weeks, after which this form will be updated and resubmitted.

3. _____  This case was not settled and it is my opinion that:

   (a) _____  The next step should be a Court-conducted status conference.

   (b) _____  The next step should be a Court-conducted settlement conference.

   (c) _____  This case should proceed in normal course.

4. Counsel for the parties and the parties have authorized the mediator to supplement this mediation by stating the following:

   This case has settled following further negotiations subsequent to the mediation.

Mediator: /s/ Stephen J. Dalesio, Esq.        Date: April 1, 2019

*** Please mail this form to the appropriate Clerk's office.